IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GENNOCK,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINCANCIAL, INC., PRUDENTIAL INSURANCE CO. OF AMERICA, UNITED INVESTIGATIONS, STUART ALLAN & ASSOCIATES, and DOES 1-20, inclusive,<br><br>    Defendant. | 1:09-CV-1326  AWI DLB<br><br>ORDER ON STIPULATION AND MOVING HEARING TO OCTOBER 13, 2009 |

    Defendants Prudential Financial, Inc. and Prudential Insurance Co. have filed a combined motion to compel arbitration and motion to dismiss.  Hearing on the combined motion is currently set for September 28, 2009.  On September 8, 2009, the parties filed a stipulation in which they agreed to continue the hearing date to October 13, 2009, so that certain of the parties could continue settlement efforts.  See Court's Docket Doc. No. 21.  The Court will give effect to the stipulation.

    Accordingly, IT IS HEREBY ORDERED that the previously set hearing date of September 28, 2009, is VACATED, and the hearing is reset to October 13, 2009, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   September 9, 2009            /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE