**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN GENNOCK, an individual, ) | NO. 1:09-CV-01326-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION |
| ) | CONTINUING HEARING |
| v. ) | |
| ) | |
| PRUDENTIAL FINANCIAL, INC., ) | Hearing:    October 13, 2009 |
| PRUDENTIAL INSURANCE CO. OF ) | Time:        1:30 p.m. |
| AMERICA, UNITED INVESTIGATIONS, ) | Courtroom: 2 |
| STUART ALLAN & ASSOCIATES, and ) | Judge:       Hon. Anthony W. Ishii |
| DOES 1 through 20, Inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff Justin Gennock and Defendants Prudential Financial, Inc., Prudential Insurance Co. of America, United Investigations, Stuart Allan & Associates, by and through their respective counsel of record, have reached a tentative resolution of this case. The parties filed a stipulation in which they agreed to continue the hearing currently set for October 13, 2009 to November 2, 2009 at 1:30 p.m. and to continue the Scheduling Conference currently set for October 13, 2009 to November 3, 2009 at 9:15 a.m. or other date satisfactory to the Court, so that the parties may prepare, circulate and review a settlement agreement and avoid further time, expense and effort by the Court and the parties during that process.

///

///

IT IS HEREBY ORDERED that the previously set hearing date for the combined motion to compel arbitration and motion to dismiss of October 13, 2009 and the previously set Scheduling Conference date of October 13, 2009 are reset. The hearing on the combined motion to compel arbitration and motion to dismiss is reset to November 2, 2009 at 1:30 p.m. in Courtroom No. 2. The Scheduling Conference is reset to November 3, 2009 at 9:15 a.m. in Courtroom No. 9.

IT IS SO ORDERED.

**Dated:   September 25, 2009**          /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

2