| | |
|---|---|
| JUSTIN GENNOCK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL FINANCIAL, INC., PRUDENTIAL INSURANCE CO. OF AMERICA, UNITED INVESTIGATIONS, STUART ALLAN & ASSOCIATES and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:09-CV-01326-AWI-DLB<br><br>**ORDER ON STIPULATION CONTINUING HEARING**<br><br>Hearing:　　November 2, 2009<br>Time:　　　　1:30 p.m.<br>Courtroom:　2<br>Judge:　　　Hon. Anthony W. Ishii |

　　　　Plaintiff Justin Gennock and Defendants Prudential Financial, Inc., Prudential Insurance Co. of America, United Investigations, Stuart Allan & Associates, by and through their respective counsel of record, have reached a tentative resolution of this case.  The parties have circulated draft versions of the agreement.  Discussions have occurred between counsel and further work is needed to finalize the settlement agreement.  The parties filed a stipulation in which they agreed to continue the hearing currently set for November 2, 2009 to November 23, 2009 at 1:30 p.m. and to continue the Scheduling Conference currently set for November 3, 2009 to November 24, 2009 at 9:15 a.m. or other date satisfactory to the Court, so that the parties may complete the work required for finalization of the settlement agreement, and avoid further time, expense and effort by the Court and the parties during that process.

　　　　　　IT IS HEREBY ORDERED that the previously set hearing date for the combined motion to compel arbitration and motion to dismiss of November 2, 2009 and the previously set Scheduling Conference date of November 3, 2009 are reset.  The hearing on the combined motion to compel arbitration and motion to dismiss is reset to November 23, 2009 at 1:30 p.m. in Courtroom No. 2.  The Scheduling Conference is reset to November 24, 2009 at 9:15 a.m. in Courtroom No. 9.
IT IS SO ORDERED.

Dated:　　**October 15, 2009**　　　　　　　　　　　　**/s/ Anthony W. Ishii**

　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE