1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

7  **JUSTIN GENNOCK,**                    )    **1:09-CV-1326  AWI DLB**
                                        )
8             **Plaintiff**,              )    **ORDER VACATING ALL**
                                        )    **DATES AND DEADLINES IN**
9        **v.**                          )    **LIGHT OF SETTLEMENT**
                                        )
10  **PRUDENTIAL FINCANCIAL, INC.,**      )
    **PRUDENTIAL INSURANCE CO. OF**      )
11  **AMERICA, UNITED**                   )
    **INVESTIGATIONS, STUART ALLAN**     )
12  **& ASSOCIATES, and DOES 1-20,**      )
    **inclusive,**                        )
13                                       )
              **Defendant**.              )
14  _____ )

15

16        On November 5, 2009, the Court received notice pursuant to Local Rule 16-160 from

17  defense counsel that the parties have reached a settlement agreement.  The notice also indicates

18  that, due to the settlement, a joint scheduling report will not be filed and Plaintiff will not file an

19  opposition to the defense motion to compel arbitration (hearing set for November 23, 2009).

20        In light of the Local Rule 16-160 notice, IT IS HEREBY ORDERED that:

21  1.    All currently set currently scheduled deadlines and hearing dates, including the November

22        23, 2009 hearing on the motion to compel arbitration, are VACATED; and

23  2.    The parties are to file the appropriate dismissal papers no later than November 27, 2009.

24

25  IT IS SO ORDERED.

26  **Dated:    November 9, 2009**            _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE
27

28